JS-6 / REMAND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PLAZA HEALTHCARE CENTER LLC,<br>                            Debtor,<br><br>WEST PICO TERRACE – LET, LLC, et al.,<br>                           Plaintiffs,<br>         v.<br>FLORA TERRACE EAST LLC, et al.,<br>                           Defendants. | District Court Case Number<br>SACV 16-971-DMG<br><br>Bankruptcy Court Case Number<br>8:14-bk-11335-CB<br><br>Adversary Case Number<br>8:14-ap-1297-CB |

This matter is before the Court on the Report and Recommendation of the United States Bankruptcy Court, filed herein on May 26, 2016 ("R&R"). [Doc. # 2.[1]] Attached to the R&R, as Exhibit B, is the Bankruptcy Court's Amended Statement of Decision after Trial. The Bankruptcy Court has elected to treat this adversary proceeding as a non-core matter under 28 U.S.C. § 157(c) and has submitted to this Court its Amended

---

[1] "Doc. #" denotes the document number assigned to the document upon the filing of the document with the CM/ECF filing system of the District Court.

-1-

Statement of Decision After Trial ("Proposed Findings") as its proposed findings of fact and conclusions of law. These Proposed Findings were filed in the Bankruptcy Court and the District Court on May 26, 2016. [Bk Doc. # 223,[2] Doc. # 2.]

Pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure, in non-core proceedings, heard pursuant to 28 U.S.C. § 157(c)(1), the Bankruptcy Court is required to file proposed findings of fact and conclusions of law and allow the parties 14 days thereafter within which to file objections. Rule 9033 also allows the Bankruptcy Court, upon a showing of cause, to extend the time for filing objections. In reviewing the Bankruptcy Court's proposed findings of fact and conclusions of law, the District Court is required to make a *de novo* review of those portions to which objections are raised.

In this case, the Bankruptcy Court referred this matter to the District Court on May 26, 2016, the same day that the Proposed Findings were issued. [Bk Doc. ## 223, 226.] The parties, therefore, were not given the 14-day period, or any period of time, within which to file any objections.[3]

Accordingly, IT IS ORDERED that this matter is REMANDED to the Bankruptcy Court to allow it to provide the parties with an opportunity to file objections and to rule on the pending motion to extend time within which to file objections.

DATED: June 6, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court

---

[2] "Bk Doc. #" refers to the document number assigned to the document upon the filing of the document with the CM/ECF filing system of the Bankruptcy Court.

[3] On May 17, 2016, Defendants filed a motion to extend time within which to file objections. [Bk Doc. # 221.] The motion is set for hearing before the Bankruptcy Court on June 22, 2106 and remains pending. [Bk Doc. # 222.]